BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**AMY E. POTTER**
Assistant United States Attorney
amy.potter@usdoj.gov
405 East Eighth Avenue, Suite 2400
Eugene, Oregon   97401-2708
Telephone:   (541) 465-6771
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **3:17-cr-00248-BR** |
| v. | **NOTICE OF FORFEITURE** |
| **ARTURO AISPURO,** | |
| **Defendant.** | |

NOTICE IS HEREBY GIVEN that on June 12, 2018 in the above-captioned case, the

United States District Court for the District of Oregon entered a Preliminary Order of Forfeiture

and Final Order of Forfeiture as to Defendant Arturo Aispuro, forfeiting the following property

to the United States of America:

1. GSG .22LR caliber HV semi-automatic rifle, model GSG-522P;
2. Charles Daly 12 gauge shotgun, model Field;
3. Savage Arms Inc. .22 caliber rifle, Mark II;
4. Savage Arms Inc. 30-06 caliber rifle, model 111;
5. Serbian origin 7.62x39mm caliber rifle, model PAP;
6. Winchester 20GA shotgun, model 1400 MK II;
7. Chinese origin 7.62x39mm caliber rifle, model SKS;
8. Norinco 7.62x39mm caliber rifle;
9. Romarm/Cugir 7.62x39mm caliber rifle, model WASR-10;
10. Palmetto State Armory multi caliber rifle, model PA-15;
11. Hi Point Firearms 9x19mm caliber rifle, model 995;
12. I.O. Inc. 7.62x39mm caliber rifle, model Sporter;

**Notice of Forfeiture**                                                                                    **Page 1**

13. Sun City Machinery Co Ltd in P.R.C. 12 gauge shotgun, model Stevens 320;
14. Sun City Machinery Co Ltd in P.R.C., 12 gauge shotgun, model Stevens 320;
15. Japanese origin 7mm caliber rifle, model A-Bolt;
16. Hatsan Arms Co. 12 gauge shotgun, model Escort;
17. Glock .40 caliber pistol, model 22;
18. Lorcin .380 caliber pistol, model L380;
19. Glock .357 caliber pistol, model 31;
20. Amadeo Rossi S.A. .357 caliber revolver, model M677;
21. H&R Inc. .22 caliber revolver, model 949;
22. All ammunition associated with this case.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the Attorney General may direct.

Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish on the official government internet site, www.forfeiture.gov notice of this order, notice of the government's intent to dispose of the property in such manner as the United States Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. You must petition the **United States District Court for the District of Oregon, 1000 SW 3rd Avenue, Suite 740, Portland Oregon 97204** for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. A copy of the petition should be

served on **Assistant United States Attorney Amy Potter,** 1000 SW Third Avenue, Suite 600, Portland OR 97204.

Pursuant to Title 21, United States Code, Section 853(n)(2), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS/HER AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title, or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of

**Notice of Forfeiture**                                                                                          **Page 3**

purchase reasonably without cause to believe that the property was subject to forfeiture, the

Court shall amend the Preliminary Order of Forfeiture in accordance with its determination.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR

INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF

THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE

LOST AND FORFEITED TO THE UNITED STATES OF AMERICA.

DATED: **September 6, 2018**                          Respectfully submitted,

                                                                         BILLY J. WILLIAMS
                                                                         United States Attorney

                                                                         *s/ Amy E. Potter*
                                                                         **AMY E. POTTER**
                                                                         Assistant United States Attorney

**Notice of Forfeiture**                                                                          **Page 4**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have made service of the foregoing NOTICE on the persons listed below by causing to be deposited in the United States mail at Portland, Oregon, on September 6, 2018, certified, return receipt requested, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

Kathleen Bodda
4173 Market Street NE, Apt. G
Salem, OR 97301

Thomas Gibson
127 Hillside Drive
Otis, OR 97368

Larry Hines
310 W. B Street
Lebanon, OR 97355

Valerie Johnson
227 Rockledge Drive, Apt. 101
Rockledge, FL 32955

Andrew Kelly
868 Shenandoah Drive SE
Salem, OR 97317

Heath Linn
801 E Minnesota Street, Apt. 202
Rapid City, SD 57701

Marc Lloyd
26615 Berg Drive
Monroe, OR 97456

Jonathan Lowery
3501 County Road 317
Moulton, AL 35650

Oscar Ochoa
790 N. River Bend Road
Otis, OR 97368

Bradlee Peet
3545 Willow Drive, Apt 83
Plove, WI 5467

Jesse Perez-Garcia
193 47th Avenue
Salem, OR 97317

Lance Scott
196 12th Street
Jefferson, OR 97352

Tighe Shawhan
35384 Dickey Prairie Road S
Molalla, OR 97038

The Estate of William Soderwall
P.O. Box 342
Richland, OR 97870

Derek Trombla
803 SE Excel Court
Sheridan, OR 97378

John Weigel
1045 Zittrouer Road
Guyton, GA 31312

Jeffrey Wilent
38850 Pleasant Street
Sandy OR 97055

<u>s/ Holly Taglier</u>
HOLLY TAGLIER
Paralegal